# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126514(45)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARK DAVID SESSIONS,
        Defendant-Appellant.

_____

SC: 126514
COA: 251836
Livingston CC: 03-013545-AR
53rd DC: 03-0293-FY

## AMENDMENT TO ORDER

On order of the Court, the order of October 10, 2006 is amended to correct a clerical error by adding, after the text thereof, the following:

"Weaver, J., states: I vote to grant the prosecutor's motion for reconsideration and further, I would grant leave to appeal to hear full argument on this question."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2006

_____
Clerk